JOSEPH T. MCNALLY                                                         JS-6
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ANGELA THORNTON-MILLARD, IABN 17922
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel: (816) 936-5079
    E-mail: angela.thornton-millard@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ERIC R. DECKER,<br><br>        Plaintiff,<br><br>v.<br><br>MICHELLE KING,<br><br>Commissioner of Social Security,<br><br>        Defendant. | No. 8:24-cv-01082-PD<br><br>JUDGMENT OF REMAND |

1  The Court having approved the parties' Stipulation to Remand for Further
2  Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of
3  Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with
4  the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED,**
5  **ADJUDGED AND DECREED** that the above-captioned action is remanded to the
6  Commissioner of Social Security for further proceedings consistent with the
7  Stipulation to Remand.

DATED: February 04, 2025

_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE